## Rist v. Commonwealth.

(Decided September 25, 1914.)

Appeal from Carter Circuit Court.

Intoxicating Liquors.—Reversed upon the authority of the decision in case of same style this day decided.

GEORGE B. MARTIN for appellant.

JAMES GARNETT, Attorney General; R. T. CALDWELL, Law Clerk, and JOHN M. WAUGH for appellee.

OPINION OF THE COURT BY JUDGE MILLER—Reversing.

This is a companion case to that of Rist v. Commonwealth this day decided, and, as it presents a similar state of facts and precisely the same questions of law, the judgment of the circuit court is reversed upon the authority of that decision and the authorities therein cited.